UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH MAIARO, ALEX GANOT, and RAYMOND COLLAZO on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>ALARM SPECIALISTS, INC. and GARY DAVIS<br>   Defendants. | CIVIL ACTION<br><br>13-CV-8658 (NSR)(LMS) |

## DECLARATION OF DOUGLAS WEINER

I, Douglas Weiner, under penalty of perjury, affirm as follows:

1. My name is Douglas Weiner, and I am Senior Counsel with Joseph & Kirschenbaum LLP ("JK"), Plaintiffs' and Opt-in Plaintiff's counsel in the above-captioned matter. I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' First Amended complaint.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Second Amended Complaint showing changes.

4. Attached hereto as Exhibit C is a true and correct clean copy of Plaintiffs' Second Amended Complaint.

Dated: July 17, 2014
    New York, NY
                                                       /s/ Douglas Weiner
                                                          Douglas Weiner