# Joseph & Kirschenbaum LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew D. Kadushin
Denise A. Schulman
Joseph Nussbaum

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

August 11, 2014

**VIA ECF**

Honorable Nelson S. Roman
United States District Court
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Joseph Maiaro, et al. v. Alarm Specialist, et al.*
Civil Action File No. 13-CV-8658

Dear Judge Roman:

We represent Plaintiffs in the above-captioned case. We write in to submit supplemental authority to the Court regarding Plaintiffs' opposition to Defendants' objections to the May 21, 2014 Decision and Order of the Magistrate Judge Granting Plaintiffs leave to amend the complaint to add opt-in Plaintiff Thomas Langhorn as a named Plaintiff, and Class and Collective representative. On July 25, 2014, Judge Sullivan decided *Gonyer v. Vane Line Bunkering, Inc.* which held that opt-in plaintiffs are permitted to file consent to sue forms prior to court authorized notice. No. 13-cv-8488 (RJS), 2014 U.S. Dist. LEXIS 102532, at *5 (S.D.N.Y. July 25, 2014)("[T]he Second Circuit has explicitly stated that a motion for conditional certification need not be pending in order for a plaintiff to opt in.")

We thank the Court for attention to this matter.

Respectfully submitted,

Douglas Weiner

cc: Anthony Rainone (via ecf)