UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

October 28, 2014

# SCHEDULING NOTICE

Maiaro et al. v. Alarm Specialists, Inc. et al., 13cv8658 (NSR)(LMS)

| | |
|---|---|
| Daniel Maimon Kirschenbaum<br>Joseph, Herzfeld, Hester, & Kirschenbaum<br>233 Broadway, 5th Floor<br>New York, NY 10017<br><br>Douglas Weiner<br>Joseph & Kirschenbaum LLP<br>233 Broadway, 5th Floor<br>New York, NY 10279<br><br>Matthew David Kadushin<br>Joseph, Herzfeld, Hester, & Kirschenbaum<br>233 Broadway, 5th Floor<br>New York, NY 10017 | Anthony Michael Rainone<br>Brach Eichler, L.L.C.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068<br><br>Danielle Y. Alvarez<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068<br><br>Hugh G. Jasne<br>Jasne & Florio<br>30 Glenn Street<br>Suite 103<br>White Plains, NY 10603 |

The matter of Maiaro et al. v. Alarm Specialists, Inc. et al. has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Monday, November 10, 2014, at 2:15 P.M.** in Courtroom 520.

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.