UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| JOSEPH MAIARO, ALEX GANOT, and RAYMOND COLLAZO on behalf of themselves and all others similarly situated, | 7:13-cv-8658 (NSR) (LMS) |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| - against - | |
| ALARM SPECIALISTS, INC. and GARY DAVIS, | |
| Defendants. | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that Eric Magnelli, Esq. of Brach Eichler L.L.C. will be substituting for Danielle Y. Alvarez, Esq. as counsel for Defendants Alarm Specialists, Inc. and Gary Davis.  I certify that I am admitted to practice in this Court.

| | |
|---|---|
| By:   *s/ Danielle Y. Alvarez* | By:        *s/ Eric Magnelli* |

Anthony M. Rainone, Esq.
Eric Magnelli, Esq.
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-5700
arainone@bracheichler.com
emagnelli@bracheichler.com
*Attorneys for Defendants Alarm Specialists, Inc. and Gary Davis*

BE:4709105.1/ALA021-266497